IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MOSES, | No. 2:13-cv-0160-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brought this action in the Solano County Superior Court. Defendants removed the case to this court pursuant to 28 U.S.C. §§ 1331, 1441, indicating that plaintiff alleges violations of the Americans with Disabilities Act (ADA) and claims under 43 U.S.C. § 1983 for violations of the Eighth Amendment.

      Pending before the court is defendants' request for the court to screen the complaint pursuant 28 U.S.C. § 1915(A)(a). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. See 28

1  U.S.C. § 1915A(b)(1), (2).

2        Accordingly, IT IS HEREBY ORDERED that defendants' motion for the court to
3  screen the complaint (Doc. 9) is granted.  The court will address plaintiff's complaint in a
4  separate order.

6  DATED: September 30, 2013

                                                                                                 **CRAIG M. KELLISON**
                                                                                                UNITED STATES MAGISTRATE JUDGE