UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MOSES, | No. 2:13-cv-0160-KJM-CMK-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On March 27, 2014, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.[1]

---

[1] Defendants have provided information as to the date of service, and it does appear the notice of removal was timely. However, the jurisdictional issues remain.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 27, 2014, are adopted in full;

2. This matter is remanded to the Superior Court of the State of California, County of Solano; and

3. The Clerk of the Court shall close this case.

DATED: May 13, 2014.

_____
UNITED STATES DISTRICT JUDGE